# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.  Crim. No. 5:06-CR-145-1BO

MIKE MCCOLAN BENTON

On March 26, 2012, the above-named was placed on a term of supervised release for a period of 36 months. The offender died on January 30, 2015, therefore, it is recommended that all proceedings in this case be terminated.

Reviewed and approved,

/s/ Robert K. Britt  
Robert K. Britt  
Senior U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith  
Eddie J. Smith  
U.S. Probation Officer  
310 Dick Street  
Fayetteville, NC 28301-5730  
Phone: 910-354-2537  
Executed On: February 4, 2015

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __4__ day of __February__, 2015.

Terrence W. Boyle  
U.S. District Judge